## STATEMENT OF FACTS

On Friday, October 11th, 2019 at approximately 1:47 a.m., Officer Pantaleon and Officer Jackson of the Metropolitan Police Department (MPD) were working night club security at Power Night Club located at 2335 Bladensburg Road Northeast in Washington, D.C. Witness One reported that they observed an individual, later identified as Antone Whitaker (Defendant Whitaker), in possession of a firearm, rack the slide, and put the firearm in his waistband to Officers. Officers approached the group of people, to include Defendant Whitaker, and Officer Pantaleon observed Defendant Whitaker reach for his waistband, grab the firearm and flee on foot southbound on Bladensburg Road Northeast.

Officer Pantaleon and Officer Jackson began to pursue on foot. Officers notified the dispatcher, who voiced a man with a gun call at the location. Officer Gatewood and Officer Rapp were working in the 5th District and responded to assist. As they approached the scene, Office Gatewood observed an individual wearing all black clothing, running at the intersection of Bladensburg Road and V Street Northeast. After a brief foot pursuit, Officer Gatewood was able to detain Defendant Whitaker in the 2800 block of V Street Northeast.

Officer Pantaleon positively identified Defendant Whitaker as the individual that tossed a firearm at the intersection of Bladensburg Road NE and V Street NE while Defendant Whitaker was attempting to avoid police custody. The firearm was recovered from the grass at the intersection of Bladensburg Road NE and V Street NE, in the flight path of Defendant Whitaker. During the foot pursuit, the magazine from the firearm possessed by Defendant Whitaker fell to the sidewalk and was recovered by Officer Jackson. Defendant Whitaker was placed under arrest.

The firearm was determined to be a Glock model 22 .40 caliber, semi-automatic pistol with a serial number of GMT748.  At the time it was recovered, it was loaded with one (1) round in the chamber and eighteen (18) rounds in a twenty-two (22) capacity magazine.

Officer Jackson was the first officer approached by Witness One on scene. Officer Jackson pursued the defendant on foot, recovered the dropped magazine and was present for the arrest of Defendant Whitaker.

A WALES/NCIC check of Defendant Whitaker revealed that the defendant has previously been convicted of crimes punishable by imprisonment for a term exceeding one year. A criminal history check of Defendant Whitaker through the National Crime Information Center confirmed that the defendant has prior felony convictions in the Superior Court for the District of Columbia, Criminal Case No. 2016 CF3 15482 for Attempt to Commit Robbery, Criminal Case No. 2011 CF2 19840 for Unlawful Possession of a Firearm by a Convicted Felon, Criminal Case

No. 2011 CF2 19840 and 2010 CF2 19463 for Possession with Intent to Distribute. There are no firearms manufactured in the District of Columbia.

_____
OFFICER CLAUDE JACKSON
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THE _____ DAY OF OCTOBER, 2019.

_____
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE